UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Thane CHARMAN, | Case No.: 23-cv-1043-AGS-BLM |
|---|---|
| Plaintiff, | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| Onyx COALE, et al., | |
| Defendants. | |

This case was filed nearly one year ago. To this day, no defendant has been served. On April 10, 2024, the court granted plaintiff Thane Charman until May 29, 2024, to submit proof of service on the sole named defendant, on pain of dismissal. (*See* ECF 5.) No response was received by that deadline.

Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** all claims in this action. The Clerk is directed to close this case.

Dated: May 30, 2024

Andrew G. Schopler
United States District Judge